**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED,<br><br>          Plaintiff,<br>     v.<br><br>TEQUILERA LA TILICA S.A. DE C.V. and WEST COAST GOODS LLC,<br><br>          Defendants. | Case No. 2:13-cv-02056-ODW(CWx)<br><br>**ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION** |

On May 28, 2013, Plaintiff Globefill Inc. moved to continue the scheduling conference in this matter, noting that "Globefill and Tequilera have mutually agreed upon and executed a written settlement agreement." (ECF No. 10, at 2.) Under that settlement agreement, Tequilera had until July 6, 2013, to sell their existing property subject to Globefill's claims; Globefill, in turn, was to file a request for dismissal within 15 days after receiving written confirmation that Tequilera had satisfied its obligations under the agreement. (*Id.*) Based on these representations, the Court would have anticipated a request for dismissal on (or shortly after) July 21, 2013. But no request has been forthcoming. The Court therefore **ORDERS** Globefill to **SHOW**

///

///

///

1 | **CAUSE** no later than Monday, July 29, 2013, why this matter should not be dismissed
2 | for lack of prosecution.
3 |     **IT IS SO ORDERED.**
4 |     July 24, 2013

                              _____
                                **OTIS D. WRIGHT, II**
                         **UNITED STATES DISTRICT JUDGE**

2