C. Dennis Loomis, Bar No. 82359
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:  310.820.8800
Facsimile:   310.820.8859
Email:        cdloomis@bakerlaw.com

Attorneys for Plaintiff
GLOBEFILL INCORPORATED, a Canadian corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED, a Canadian corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>TEQUILERA LA TILICA S.A. de C.V., a Mexican company; WEST COAST GOODS LLC, a California limited liability company,<br><br>          Defendants. | Case No. CV13-02056 ODW (CWx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)**<br><br>**Action Filed:  March 21, 2013** |

NOTICE IS HEREBY GIVEN pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Globefill Incorporated ("Plaintiff") hereby dismisses the entire case without prejudice.

| | |
|---|---|
| Dated:  July 26, 2013 | BAKER & HOSTETLER LLP<br><br>By: /s/C. Dennis Loomis<br><br>Attorneys for Plaintiff<br>GLOBEFILL INCORPORATED, a Canadian corporation |