UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED,<br><br>               Plaintiff,<br>     v.<br>TEQUILERA LA TILICA S.A. DE C.V.<br>and WEST COAST GOODS LLC,<br><br>               Defendants. | Case No. 2:13-cv-02056-ODW(CWx)<br><br>**ORDER STRIKING NOTICE OF VOLUNTARY DISMISSAL [13]** |

The Court has received Plaintiff Globefill Inc.'s Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1). (ECF No. 13.) But Rule 41(a)(1) only applies "before the opposing party serves either an answer or a motion for summary judgment" or where the parties submit a "stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Defendant West Coast Goods LLC answered Globefill's Complaint on April 10, 2013 (ECF No. 6), and there is no stipulated dismissal on file. The Court therefore **STRIKES** Globefill's Notice of Voluntary Dismissal.

**IT IS SO ORDERED.**

July 26, 2013

_____
               OTIS D. WRIGHT, II
         UNITED STATES DISTRICT JUDGE