JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED,<br><br>                Plaintiff,<br>       v.<br>TEQUILERA LA TILICA S.A. DE C.V. and WEST COAST GOODS LLC,<br><br>                Defendants. | Case No. 2:13-cv-02056-ODW(CWx)<br><br>**ORDER DISMISSING FOR LACK OF PROSECUTION** |

On July 24, 2013, the Court ordered Plaintiff Globefill Inc. to show cause no later than July 26 why this matter should not be dismissed for lack of prosecution. (ECF No. 12.) Presumably in response, Globefill filed a notice of voluntary dismissal on July 26. (ECF No. 13.) But because an answer was already on file, the Court struck the notice of voluntary dismissal as improper under Federal Rule of Civil Procedure 41(a)(1). (ECF No. 14.) The Court has received no further response to its OSC. The Court therefore **DISMISSES** this action without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

August 13, 2013

_____
                    **OTIS D. WRIGHT, II
            UNITED STATES DISTRICT JUDGE**