AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Central District__ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV13 2056 MRP(CWx) | DATE FILED<br>March 21, 2013 | U.S. DISTRICT COURT<br>Central District | |
|---|---|---|---|
| PLAINTIFF<br>GLOBEFILL INCORPORATED, a Canadian corporation | | DEFENDANT<br>TEQUILERA LA TILICA S.A. de C.V., a Mexican company; WEST COAST GOODS LLC, a California Limited Liability Company | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  4043730 | 03/24/2010 | Globefill Incorporated | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

8/13/13  Order dismissing action

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE<br>7/25/19 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   X Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy
602058755

American LegalNet, Inc.
www.USCourtForms.com

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBEFILL INCORPORATED,<br><br>　　　　　　Plaintiff,<br>　　v.<br>TEQUILERA LA TILICA S.A. DE C.V. and WEST COAST GOODS LLC,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-02056-ODW(CWx)<br><br>**ORDER DISMISSING FOR LACK OF PROSECUTION** |

On July 24, 2013, the Court ordered Plaintiff Globefill Inc. to show cause no later than July 26 why this matter should not be dismissed for lack of prosecution. (ECF No. 12.) Presumably in response, Globefill filed a notice of voluntary dismissal on July 26. (ECF No. 13.) But because an answer was already on file, the Court struck the notice of voluntary dismissal as improper under Federal Rule of Civil Procedure 41(a)(1). (ECF No. 14.) The Court has received no further response to its OSC. The Court therefore **DISMISSES** this action without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

August 13, 2013

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**